IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BENJAMIN BOWDEN, as Administrator of the Estate of Betsy Dickert Bowden, Deceased, and CATHERINE BOWDEN, Individually, )<br><br>Plaintiffs, )<br><br>v. )<br><br>COAST TO COAST CABLE, INC., and BRUCE P. BEAUDRY, )<br><br>Defendants. ) | CIVIL ACTION NO.<br>2:20cv467-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of plaintiffs' motion to voluntarily dismiss plaintiff Catherine Bowden's claims with prejudice (doc. no. 16), which is unopposed, it is ORDERED, ADJUDGED, and DECREED that the motion is granted, plaintiff Catherine Bowden's claims are dismissed with prejudice, and she is terminated as a party to this action.  No costs are taxed.

.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and all other claims remain pending.

DONE, this the 12th day of February, 2021.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**