IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BENJAMIN BOWDEN, as          )
Administrator of the         )
Estate of Betsy Dickert      )
Bowden, Deceased,            )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )     2:20cv467-MHT
                             )         (WO)
COAST TO COAST CABLE,        )
INC., and BRUCE P.           )
BEAUDRY,                     )
                             )
     Defendants.             )
```

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (Doc. 18) is granted and that this case is dismissed in its entirety with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 24th day of March, 2021.**

                                     /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**